# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

139538

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAYNARD LEE HINKLE,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139538
COA: 292053
Kent CC: 08-004092-FH

_____/

      On order of the Court, the application for leave to appeal the June 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

_____
Clerk

0114